AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Adam Delgado
500 N. Michigan Ave., Suite 300
Chicago, Illinois,60611.

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, sued in his official
capacity as Attorney General,
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

CASE NUMBER  1:07CV00256

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/02/2007

TO: (Name and address of Defendant)

United States Attorney
555 4th St., N.W.
Washington,D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Shaffer
600 Fifth St., N.W.
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

FEB -2 2007

DATE

(By) DEPUTY CLERK

aber 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ...of the Summons and complaint was made by me[1] | 2/28/07 |

| ...E OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID J. SHAFFER | attorney for plaintiff. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _certified mail_ _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/07          Signature of Server
             Date

600 5th St. N.W. Wash DC 20001
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
555 4th St. N.W.
Washington, DC.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   2/28/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7006 0810 0000 8490 2070

7006 0810 0000 8490 2070

Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Adam Delgado
500 N. Michigan Ave., Suite 300
Chicago, Illinois, 60611.

Plaintiff

V.

Alberto Gonzales, sued in his official
capacity as Attorney General,
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00256

JUDGE: Colleen Kollar-Kotelly

CAS

DECK TYPE: Employment Discrimination

DATE STAMP: 02/02/2007

TO: (Name and address of Defendant)

Alberto Gonzales
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Shaffer
600 Fifth St., N.W.
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 2 2007

CLERK

DATE

_Maureen Higgins_

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/28/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| DAVID J. SHAFFER. | Attorney for plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Certified mail _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/19/07                 _David J. Shaffer_
              Date                    Signature of Server

600 5th St. N.W., Wash D.C. 2000 1
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
Attorney General
US DOJ
950 Pennsylvania Ave NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
                                     2/28/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)       7006 0810 0000 8490 2063

Domestic Return Receipt              102595-02-M-1540