UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM DELGADO,<br>    500 N. Michigan Ave., Suite 300<br>    Chigago, Illinois 60611<br><br>        Plaintiff<br><br>        v.<br><br>ALBERTO GONZALEZ, sued in his official capacity as Attorney General, United States Department of Justice,<br>950 Pennsylvania Ave., N.W.,<br>Washington, D.C. 20530<br><br>        Defendant | Civil Action No. 07–0256(CKK) |

# PRECIPE

The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel for the United States.

April 26, 2007                                      Respectfully submitted,

                                                            /s/
                                          ALAN BURCH, D.C. BAR #470655
                                          Assistant U.S. Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7204
                                          alan.burch@usdoj.gov