UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM DELGADO, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>Attorney General, )<br>)<br>    Defendant. )<br>) | Civil Action No. 07–0256 (CKK) |

**DEFENDANT'S FIRST CONSENT MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Alberto Gonzales, U.S. Attorney General, respectfully requests an additional month to file an answer or otherwise respond to the complaint in this employment discrimination case filed under Title VII. The current deadline is April 28, 2007, and Defendant requests a new deadline of May 31, 2007. Counsel for Plaintiff consented to the extension in a phone call this morning.

The extension is requested in order to give undersigned counsel for Defendant time to obtain and review the case materials from the agency and to confer effectively with agency counsel. It appears that agency counsel was assigned to the matter only yesterday and she was not the counsel who handled the matter at the administrative stage, and so she has not yet had time herself either to become familiar with the case or even obtain the case files.

Given the existing workloads of the undersigned and agency counsel, it appears that Defendant will be able to file an appropriate response by the end of May.

In compliance with the Court's Order Establishing [ECF] Procedures, entered March 6,

2007, no proposed order is attached.

April 26, 2007                                             Respectfully submitted,

                                                           JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                           United States Attorney

                                                                /s/
                                                           _____
                                                           ALAN BURCH, D.C. Bar # 470655
                                                           Assistant United States Attorney
                                                           555 4th St., N.W.
                                                           Washington, D.C. 20530
                                                           (202) 514-7204
                                                           alan.burch@usdoj.gov