UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADAM DELGADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–0256 (CKK) |
| | ) | |
| ALBERTO GONZALES, | ) | |
| Attorney General | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney Alan Burch.

Respectfully submitted,

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

\_\_/s/_____
ALAN BURCH, D.C. BAR # 470655
Assistant U.S. Attorney
555 Fourth St., N.W., Room E4909
Washington, D.C. 20530
(202) 514-7204

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Appearance was served upon plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

> David J. Shaffer
> Washington Metropolitan Transit Authority
> 600 Fifth Street, N.W.
> Washington, D.C.  20001

on this 11th day of May, 2007.

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)