UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM DELGADO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>Attorney General, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 07–0256 (CKK) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alberto Gonzalez, Attorney General, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint.

Defendant requests that the deadline for responding to the Complaint be extended by sixty days, from May 31, 2007 to July 30, 2007.  This is Defendant's second request for an enlargement of time in this case.  No scheduling order has been entered in this action.  On May 23, 2007, the undersigned counsel contacted Plaintiff's counsel, David J. Schaffer, and asked for his consent for this motion.  During that conversation, Mr. Schaffer indicated that he was amenable to a thirty day enlargement of time, but could not consent to a sixty day enlargement.

This enlargement of time is sought for four reasons.  First, the undersigned Counsel for Defendant, Jonathan C. Brumer, recently began a detail at the United States Attorney's Office, on May 7, 2007.  This case was reassigned from Assistant United States Attorney Alan Burch to Mr. Brumer shortly after Mr. Brumer's arrival in the office.  Mr. Brumer will need some time to

familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to the Complaint. Mr. Brumer anticipates that he may want to file a dispositive motion in response to the Complaint, which will require additional time for preparation. Second, counsel for Defendant will be out of the office on scheduled leave on May 24, May 25, and May 29, and has several imminent deadlines in his other cases, including Answers and/or dispositive motions in, among other cases, Andre Cooper v. EOUSA, et al., 07-0744 (D.D.C.), Bonaparte v. DOJ, Civil Action No. 07-0749 (D.D.C.), Forrester v. Parole Commission, Civil Action No. 07-0728 (D.D.C.), Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Melvyn Johnson v. Fenty, 07-0935 (RMC), and a Reply in Kotz v. Lappin, *et. al.*, Civil Action No. 07-0856 (D.D.C.). Third, the Counsel for Defendant is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint. Finally, the undersigned counsel has learned that agency counsel for this case will be out of the office on scheduled leave from May 24, 2007 through May 28, 2007. Consequently, Defendant requests the additional time in order to further confer and better address the relevant issues in this case.

  This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

  WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 30, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served upon plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

     David J. Shaffer
     Washington Metropolitan Transit Authority
     600 Fifth Street, N.W.
     Washington, D.C.  20001

on this 23rd day of May, 2007.

          __/s/_____
          JONATHAN C. BRUMER, D. C. BAR # 463328
          Special Assistant United States Attorney
          555 Fourth Street, N.W., Room E4815
          Washington, D.C. 20530
          (202) 514-7431
          (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM DELGADO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07–0256 (CKK) |
| ALBERTO GONZALES, Attorney General, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until July 30, 2007, to respond to the Complaint.

_____
COLEEN KOLLAR-KOTELLY
United States District Court Judge

Copies of this order to:

David J. Shaffer
Washington Metropolitan Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530

on this 23rd day of May, 2007.

                                                    __/s/_____
                                                    JONATHAN C. BRUMER, D. C. BAR # 463328
                                                    Special Assistant United States Attorney
                                                    555 Fourth Street, N.W., Room E4815
                                                    Washington, D.C. 20530
                                                    (202) 514-7431
                                                    (202) 514-8780 (facsimile)