UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADAM DELGADO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07–0256 (CKK) |
| ALBERTO GONZALES,<br>Attorney General, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

    Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alberto Gonzales, Attorney General, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint by an additional week, from July 2, 2007 to July 9, 2007. On July 2, 2007, the undersigned counsel contacted Plaintiff's counsel, David J. Schaffer, and he consented to the requested extension.

    This is Defendant's third request for an enlargement of time in this case. No scheduling order has been entered in this action. In support of Defendant's Motion, Defendant respectfully states as follows:

    1. The undersigned counsel is still waiting to receive information and documents from agency counsel which he needs to prepare an adequate response to Plaintiff's Complaint, including documents which he and agency counsel had previously agreed would be necessary for the preparation of such a response. While some of those documents and pieces of information arrived late this afternoon, others are still outstanding. It became clear this afternoon that some

of these documents would not be made available to the undersigned counsel today.

    2. The agency counsel assigned to this case is out of the country today, on scheduled leave, and is unavailable. She will be on leave and unavailable for the next two weeks. Although agency counsel's colleagues have done their best to assist the undersigned counsel in her absence, they are still preparing and gathering some of the documents and information which the undersigned counsel needs. With the approach of the holiday season, this process will be more challenging than it otherwise would be.

    3. Despite the fact that he did not yet have some of the documents he and agency counsel had anticipated would be required for the preparation of an adequate response to the Complaint, the undersigned counsel worked all of this past weekend on a draft response to Plaintiff's Complaint with the intention of filing the response today. However, during the course of the weekend, it became clear to the undersigned counsel that he needed some of the outstanding documents (as well as some additional documents and information) before he could finalize an appropriate response to Plaintiff's Complaint. He also realized that he had several unresolved questions concerning several of Plaintiff's claims, Defendant's anticipated responses to those claims, and the documents he has received from agency counsel to date.

    4. Counsel for Defendant regrets that the current Motion for Enlargement of Time is being filed outside of this Court's four day filing rule. However, the delay in the delivery of the documents which the undersigned counsel was expecting from the agency representative and the undersigned counsel's questions concerning the materials and information which he has received from agency counsel only arose today and this past weekend, after the lapse of the four day period, counsel for Defendant was unable to file this motion within the Court's time limitations

for motions for enlargement of time.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 9, 2007. In compliance with the Court's order establishing Electronic Case Filing procedures, entered March 6, 2007, no proposed order is attached.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Consent Motion for Enlargement of Time was served upon plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>David J. Shaffer
>Washington Metropolitan Transit Authority
>600 Fifth Street, N.W.
>Washington, D.C. 20001

on this 2nd day of July, 2007.

                                   __/s/_____
                                   JONATHAN C. BRUMER, D. C. BAR # 463328
                                   Special Assistant United States Attorney
                                   555 Fourth Street, N.W., Room E4815
                                   Washington, D.C. 20530
                                   (202) 514-7431
                                   (202) 514-8780 (facsimile)