UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM DELGADO,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ALBERTO GONZALES,  )<br>Attorney General,  )<br>  )<br>    Defendant.  )<br>  )<br>  ) | Civil Action No. 07–0256 (CKK)<br><br>Scheduling Conference:<br>9/10/07 9:15 a.m. |

### JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Counsel for the parties conducted the meeting required by Local Civil Rule 16.3 on August 17, 2007. Pursuant to the rules of this Court, the parties submit this report regarding the conference:

Joint Statement of the Case: Plaintiff Adam Delgado, a former employee of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), claims that he has been the subject of employment discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as amended by the Equal Opportunity Act of 1972, 42 U.S.C. § 2000e et. seq., and as further amended by § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. Plaintiff's Complaint alleges discrimination based on race, national origin, and color in promotion, transfer, performance evaluation, harassment, and constructive discharge. Defendant denies Plaintiff's allegations of discrimination, and contends that there are legitimate, non-discriminatory reasons for each of the actions by ATF about which Plaintiff complains.

Statement of Jurisdiction: Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et

seq., as amended by the Equal Opportunity Act of 1972, 42 U.S.C. § 2000e *et. seq.*, and as further amended by § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

1. Dispositive Motions:  Defense counsel believes that after discovery, a dispositive motion may be appropriate.  Plaintiff anticipates that he will file a Cross-Motion.  No pre-discovery dispositive motions are anticipated by the parties.

2. Joinder/Amendment/Narrowing:  The parties do not anticipate that it will be necessary or appropriate to join additional parties.  The parties do not foresee that the factual and legal issues can be agreed upon or narrowed at this time, although it may be possible to do so after discovery.  The parties do not anticipate any amendment of the pleadings at this stage, unless discovery reveals facts that may so require.

3. Assignment To Magistrate Judge:  The parties do not agree to the assignment of a Magistrate Judge for all purposes.

4. Settlement Possibility:  At this juncture, the parties do not anticipate early settlement of this matter.  The parties may revisit this issue once discovery is underway.

5. Alternative Dispute Procedures:  Plaintiff is interested in Alternate Dispute Resolution ("ADR") as discovery reveals more of the facts.  While Defendant does not believe that ADR would be particularly useful at this time, he is amenable to any mediation or ADR which the Court may order after there has been some discovery in this matter.

6. Dispositive Motions:  The parties agree that, should Defendant deem the filing of a Motion to Dismiss, or in the Alternative, for Summary Judgment to be appropriate post discovery, Defendant will file this dispositive motion within 60 days after the close of discovery.  The parties further agree that, in such an instance, Plaintiff shall file his Cross-Motion and/or

Opposition within 30 days following the filing of Defendant's dispositive motion, and that Defendant shall then file a Reply and/or Opposition within 30 days after Plaintiff's filing of a Cross motion and/or Opposition. The parties agree that, if Plaintiff files a Cross Motion and Defendant then files an Opposition and/or Reply, Plaintiff's Reply shall be due within 15 days after Defendant's filing of his Opposition and/or Reply brief.

7. <u>Initial Disclosures</u>: The parties do not waive initial disclosures. They agree that initial disclosures shall be exchanged within 30 days of the Rule 16 conference, which is now scheduled for September 10, 2007.

8. <u>Discovery</u>: The parties agree that discovery shall last for six months and close on March 10, 2008. The parties agree that a protective order may be necessary at some point in this litigation in order to protect documents covered by the Privacy Act, 5 U.S.C. § 552a; confidential medical records; and any other confidential documents and information. The parties agree to a limit of 25 interrogatories and 10 depositions each.

9. <u>Expert Witness Lists</u>: Plaintiff anticipates that he may wish to make use of expert testimony. Although Defendant does not anticipate doing so, his position may change during the course of discovery in this case and/or if Plaintiff decides to designate one or more expert witnesses. Accordingly, the parties agree to exchange expert reports as required by rule 26(a)(2) and that any expert depositions shall occur within the discovery period. Plaintiff shall designate any experts by December 10, 2007, and Defendant shall cross-designate any experts by January 31, 2008.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties agree that no bifurcation of the case is

appropriate.

12. <u>Proposed Date For The Pretrial Conference</u>:  The parties believe that a pretrial conference should be set at a date convenient to the Court following the ruling on any dispositive motion or motions which may be filed by the parties.

13. <u>Trial Date</u>:  Should a trial be necessary in this case, the parties propose that the date should be set at the pretrial conference and that it be within 30 to 60 days after that pretrial conference.

14. <u>Other Matters:</u> None.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
Fax: (202) 514-8780

Counsel for Defendant

       /s/
_____
David J. Shaffer #413484
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2820
Fax: (202) 962-2550

Attorney for Plaintiff Adam Delgado

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADAM DELGADO,

       Plaintiff,

v.                                    Civil Action No. 07–0256 (CKK)

ALBERTO GONZALES,
Attorney General,

       Defendant.

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Joint Report of Local Rule 16.3 Conference submitted by the parties and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the parties shall abide by the following dates and deadlines:

| | |
|---|---|
| Deadline for exchange of Initial Disclosures | 30 days after the September 10, 2007 Rule 16 conference (i.e., by October 10, 2007) |
| Plaintiff's deadline for designating any experts | December 10, 2007 |
| Defendant's deadline for designating any experts | January 31, 2008 |
| Close of all discovery | March 10, 2008 |
| Deadline for Defendant's Dispositive Motion | 60 days after the close of discovery (i.e., by May 9, 2008 assuming that discovery closes on March 10, 2008) |
| Deadline for Plaintiff's Cross-Motion and/or Opposition | 30 days after the filing of Defendant's dispositive motion |
| Deadline for Defendant's Reply and/or Opposition | 30 days after Plaintiff's filing of a Cross motion and/or Opposition |

| | |
|---|---|
| Deadline for Plaintiff's Reply | 15 days after Defendant's filing of an Opposition and/or Reply brief |
| Pretrial Conference | A date convenient to the Court, following its ruling on the post-discovery dispositive motion(s) |
| Trial Date | Should a trial be necessary in this case, the date would be set at the pretrial conference, and it would be within 30 to 60 days after the pretrial conference |

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge

Copies of this order to:

David J. Shaffer
Washington Metropolitan Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530