UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM DELGADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07-0256 (CKK) |
| | ) |
| ALBERTO GONZALES, | ) |
| United States Attorney General, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Special Assistant United States Attorney Jonathan C. Brumer as counsel for Defendant in the above-captioned case.

Dated: January 22, 2008
    Washington, D.C.

                    Respectfully submitted,

                     /s/
                    _____
                    BRIAN P. HUDAK
                    Assistant United States Attorney
                    Civil Division
                    555 4th Street, NW
                    Washington, DC 20530
                    (202) 514-7143
                    brian.hudak@usdoj.gov