IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | |
|---|---|
| ADAM DELGADO, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. A. No: 07-0256 (CKK) |
| | ) |
| ALBERTO  GONZALES, sued in his official | ) |
| capacity as Attorney General, United States | ) |
| of America, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____

## JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER

The parties jointly move for an extension of time to complete discovery in this

action from March 10, 2008 until May 9, 2008.  The parties have cooperatively

conducted discovery in this matter to date, but require additional time to complete

discovery.  In support of this Motion, the parties state the following:

1.    This action was filed on February 2, 2007 and service was returned on

March 29, 2007.

2.    A status conference was held in this matter on September 10, 2007 at

which time a discovery schedule was set.

3.    Plaintiff served written discovery by hand at the status conference on

September 10, 2007.

4.    Since that time, Defendant has been diligently working to collect, review

and produce documents responsive to Plaintiff's requests.

5.    Plaintiff has graciously granted Defendant extensions of time to respond to

Plaintiff's requests to allow Defendant to fully comply with its discovery obligations.  Plaintiff has also graciously agreed to accept Defendant's production on a rolling basis.

5.     To date, on such rolling basis, Defendant has produced more than 1700 pages of documents in response to Plaintiff's requests, though Defendant has not yet provided written discovery responses.

6.     All of the documents produced to date have consisted of documents collected or printed by the relevant custodians from their e-mail, files and records ("Hard Copy Documents").  Defendant has currently identified approximately 500 pages of additional Hard Copy Documents, which are being reviewed as of this Motion.  Defendant anticipates that it will produce such remaining Hard Copy Documents to Plaintiff no later than January 25, 2008.

7.     Additionally, pursuant to Plaintiff's requests, Defendant has collected relevant custodians' email files ("ESI") and is preparing the process of searching such ESI to review and produce to Plaintiff. Defendant believes that once the parties agree upon search terms for the ESI, Defendant will be able to process, review and produce the responsive ESI within four to eight weeks – *i.e.*, by March 14, 2008.  Defendant anticipates forwarding Plaintiff a proposed list of search terms within the next week.

8.     On January 16, 2008, Defendant served document requests and interrogatories on Plaintiff, whose responses are currently due on February 15, 2008.

9.    As written discovery has not been concluded, the parties have not yet noticed or taken any depositions in this action. The parties anticipate conducting depositions during the requested two month extension. At present, Defendant believes that he will notice two depositions. Plaintiff believes that he will notice 10 depositions, depending on the number of 30(b)(6) witnesses designated by defendant. The parties are committed to working cooperatively in scheduling the anticipated depositions.

Accordingly, the parties request an extension of discovery deadline (a) for Defendant to fulfill its discovery obligations to Plaintiff and review and digest Plaintiff's responses to its written discovery; (b) for Plaintiff to fully review and digest documents produced by Defendant and prepare and serve appropriate responses to Defendant's written discovery; and (c) for the parties to elicit responsive deposition testimony. The parties believe that these grounds and their continued cooperative efforts in discovery present compelling circumstances for such an extension pursuant to the Court's Scheduling and Procedures Order dated September 10, 2007 (the "Order").

Deferring the end of discovery by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter. This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This Motion represents the first request for an extension of the aforementioned deadlines. Additionally, this Motion represents Plaintiff's first request for an extension of any deadline in this action. Prior to this motion, Defendant on three occasions requested and was granted an extension of its time to respond to the Complaint. Defendant has requested no other extensions in this action.

The parties believe that an extension of the discovery deadline will not impact any other deadlines in this case, although the mediation date may need to be rescheduled depending upon the pace of defendants' production of ESI.  The parties believe that they can engage in the mediation set forth in the Order, although a slight adjustment may be necessary, while they complete discovery.  Additionally, the deadlines for post-discovery dispositive motions have yet to be set.  Indeed, the schedule for post-discovery dispostive motions is to be set at the May 2, 2008 status hearing before the Court, which would fall just before the proposed new deadline for discovery in this action.

WHEREFORE, the parties respectfully request an extension of the discovery deadline from March 10, 2008 to May 9, 2008.

*     *     *

Respectfully submitted,


____/s/_____          _____
David J. Shaffer                   JEFFREY A. TAYLOR
600 Sixth St., NW                  D.C. Bar #498610
Washington, DC 20001               United States Attorney
(202) 962-2820

*Attorney for Plaintiff*           _____
                                   RUDOLPH CONTRERAS
                                   D.C. Bar #434122
                                   Assistant United States Attorney


                                   _____/s/_____
                                   BRIAN P. HUDAK
                                   Assistant United States Attorney
                                   555 4th Street, NW
                                   Washington, DC 20530
                                   (202) 514-7143

                                   *Attorneys for Defendant*


Dated: January 22, 2008