IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ADAM DELGADO,                          )
                                       )
                                       )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        Civ. A. No: 07-0256 (CKK)
                                       )
ALBERTO  GONZALES, sued in his official )
capacity as Attorney General, United States )
of America,                            )
                                       )
                                       )
        Defendant.                     )
_____)

## JOINT MOTION FOR LIMITED EXTENSION OF DISCOVERY

The parties jointly move for a limited extension of time to complete discovery in

this action to take three depositions on May 7 and 8, 2008 that the parties have unable

to complete before the current discovery deadline due to scheduling conflicts.  The

parties have cooperatively conducted discovery in this matter to date, but require this

limited additional time to complete discovery.  In support of this Motion, the parties state

the following:

1.    This action was filed on February 2, 2007 and service was returned on

      March 29, 2007.

2.    A status conference will be held in this matter on May 2, 2008.

3.    Plaintiff served written discovery by hand at the status conference on

      September 10, 2007.

4.    After that time, Defendant diligently worked to collect, review and produce

      documents responsive to Plaintiff's requests.

5.     Plaintiff graciously granted Defendant extensions of time to respond to
       Plaintiff's requests to allow Defendant to fully comply with its discovery
       obligations.  Plaintiff also graciously agreed to accept Defendant's
       production on a rolling basis.

6.     Defendant recently concluded its production of documents, including
       electronically stored information from agreed custodians' email files based
       upon agreed search terms.  In total, Defendant has produced
       approximately 2000 pages of documents in response to Plaintiff's
       requests.

7.     The parties have also cooperatively scheduled a total of eight depositions
       to be held before the current discovery deadline in this action, May 2,
       2008.  Due to scheduling conflicts, however, the parties have been unable
       to schedule three depositions before the current discovery deadline; but
       have tentatively agreed to hold such depositions on May 7 and 8, 2008,
       should the Court grant this motion.

8.     Specifically, the parties have tentatively agreed, pending the Court's
       approval, that Plaintiff will take the depositions of (i) an Agency deponent
       prepared to testify concerning one of Plaintiff's 30(b)(6) topics at 1 p.m. on
       Wednesday, May 7, 2008; (ii) Chris Pellittiere in his individual capacity and
       as the Agency's nominee for certain of Plaintiff's 30(b)(6) topics at 2 p.m.
       on Wednesday, May 7, 2008; and (iii) Orlando Marcial Felix in his
       individual capacity 3 p.m. on Thursday, May 8, 2008.

9.     The parties have completed, or scheduled before the current discovery

deadline, all other remaining discovery.

Accordingly, the parties request this limited extension of discovery deadline to take the aforementioned depositions.  Deferring the end of discovery by this limited amount of time serves the interests of the parties.  Allowing such a limited extension will allow the parties to cooperatively conclude their discovery efforts.  This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  Furthermore, the parties do not anticipate that this limited extension of the discovery period will affect deadlines for post-discovery dispositive motions or other deadlines in this action.

WHEREFORE, the parties respectfully request an extension of the discovery deadline to take the limited depositions on May 7 and 8, 2008.

*     *     *

Respectfully submitted,


_____
David J. Shaffer #413484
600 Sixth St., NW
Washington, DC 20001
(202) 962-2820

*Attorney for Plaintiff*

_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney


_____/s/_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*


Dated: April 24, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

ADAM DELGADO,                                    )
                                                          )
                                                                   )


                                                   )
          Plaintiff,                               )
                                                   )
          v.                                       )    Civ. A. No: 07-0256 (CKK)
                                                   )
ALBERTO  GONZALES, sued in his official            )
capacity as Attorney General, United States        )
of America,                                        )
                                                   )
                                                   )
          Defendant.                               )
_____)

## ORDER GRANTING JOINT MOTION FOR LIMITED EXTENSION OF DISCOVERY

The Court having consider the parties' Joint Motion for Limited Extension of

Discovery and good cause appearing, IT IS HEREBY ORDERED THAT the parties may

take the depositions of (I) an Agency deponent prepared to testify concerning one of

Plaintiff's 30(b)(6) topics at 1 p.m. on Wednesday, May 7, 2008; (ii) Chris Pellittiere in

his individual capacity and as the Agency's nominee for certain of Plaintiff's 30(b)(6)

topics at 2 p.m. on Wednesday, May 7, 2008; and (iii) Orlando Marcial Felix in his

individual capacity 3 p.m. on Thursday, May 8, 2008.


_____
Colleen Kollar-Kotelly
United States District Judge