IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ADAM DELGADO,                                    )
                                                 )
                                    )
                                                 )
        Plaintiff,                               )
                                                 )
        v.                                       )      Civ. A. No: 07-0256 (CKK)
                                                 )
ALBERTO  GONZALES, sued in his official          )
capacity as Attorney General, United States      )
of America,                                      )
                                                 )
                                                 )
        Defendant.                               )
_____        )

**PLAINTIFF'S CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

        Comes now the plaintiff, with the consent of counsel for Defendant, and moves

to reschedule the Status Conference set for July 10, 2008.  This Motion is made on the

grounds that counsel for plaintiff has a conflict that date with prepaid airline tickets to

bring his children in for a summer vacation.

        Counsel for both parties are available July 30 through August 11 at the Court's

convenience.

        A Proposed Order is attached.

                                        Respectfully submitted,

                                        _____
                                        David J. Shaffer #513484
                                        600 Fifth St., N.w.
                                        Washington, D.C. 20-001
                                        (202) 962-2820

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ADAM DELGADO,                              )
                                           )
                                           )
                                           )
          Plaintiff,                       )
                                           )
          v.                               )        Civ. A. No: 07-0256 (CKK)
                                           )
ALBERTO  GONZALES, sued in his official    )
capacity as Attorney General, United States )
of America,                                )
                                           )
                                           )
          Defendant.                       )
_____   )

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO RESCHEDULE STATUS
CONFERENCE**

Plaintiff's Consent Motion to Reschedule Status Conference having come before

the Court and good cause appearing, IT IS HEREBY ORDERED THAT the Status

Conference be rescheduled for _____.


                                   _____
                                   Colleen Kollar-Kotelly
                                   United States District Judge